**FILED**

05/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0659

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0659

IN THE MATTER OF:

J.P.,

  Youth in Need of Care.

## ORDER

Upon consideration of the State's Unopposed Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the record on appeal shall be supplemented with the following First Judicial District Court files: Cause No. ADN 13-008; Cause No. ADC 13-057 and Cause No. ADC 13-058.

IT IS FURTHER ORDERED that the Clerk of Court shall serve all parties of record and the Clerk of District Court, Lewis and Clark County, with this Order.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2020